IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMAAL THOMAS,

      Plaintiff,                    No. CIV S-11-1138 EFB P

    vs.

ANTIPOV, et al.,

      Defendants.         ORDER

                            /

      Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.  He requests an extension of time to conduct discovery.  *See* Fed. R. Civ. P. 16(b)(4).

      Good cause appearing, plaintiff's October 20, 2011 request is granted and it is ORDERED that:

      1.  The parties may conduct discovery until February 28, 2012.  Any motions necessary to compel discovery shall be filed by that date.  All requests for discovery pursuant to Fed. R. Civ. P. 31, 33, 34, or 36 shall be served not later than December 30, 2011.

      2.  Motions to amend the complaint shall be filed no later than February 28, 2012.

      3.  Dispositive motions shall be filed on or before May 22, 2012. Motions shall be briefed in accordance with paragraph 7 of the order filed November 3, 2010.

1

1     4. The court will schedule pretrial proceedings, if necessary, upon the resolution of any
2 pretrial motions filed. Requests to modify this schedule will be looked upon with disfavor and
3 must be supported by good cause pursuant to Fed. R. Civ. P. 16(b).
4     So ordered.
5 DATED: October 25, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE