1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JAMAAL THOMAS,

11          Plaintiff,                          No. CIV S-11-1138 MCE EFB P

12          vs.

13   ANTIPOV, et al.,

14          Defendants.                 <u>ORDER</u>

15   _____/

16          Plaintiff is a state prisoner proceeding without counsel in an action brought under 42

17   U.S.C. § 1983.  On May 7, 2012, plaintiff requested that default be entered against defendant

18   Antipov.  Dckt. No. 46.  Federal Rule of Civil Procedure 55(a) states that "[w]hen a party against

19   whom a judgment for affirmative relief is sought has failed to plead or otherwise defend . . . the

20   clerk must enter the party's default."  Fed. R. Civ. P. 55(a).  Defendant Antipov served an

21   answer on January 31, 2012 and has not "failed to plead or otherwise defend."  Dckt. No. 24.

22   Moreover, plaintiff filed an amended complaint on March 12, 2012, and the court extended the

23   time by which Antipov must respond to that complaint.[1]  Dckt. Nos. 31, 38.  Plaintiff has not

24   shown he is entitled to entry of default.

25   _____

26          [1] Since then, plaintiff has filed a second amended complaint which seeks to add "Dr. Maciel"
as a defendant.  *See* Dckt. Nos. 44, 45.

                                              1

1       Accordingly, plaintiff's request, Dckt. No. 46, is denied.

2  Dated:  May 18, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE