IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMAAL THOMAS,

      Plaintiff,                     No. CIV S-11-1138 MCE EFB P

     vs.

ANTIPOV, et al.,

      Defendants.          ORDER

                                /

     Plaintiff is a state prisoner proceeding in forma pauperis and without counsel in an action brought under 42 U.S.C. § 1983. On April 11, 2012, the court granted plaintiff's March 12, 2012 motion to amend his complaint add the names of three Doe defendants. Dckt. No. 38. The court also vacated the deadlines for discovery and dispositive motions set in the September 13, 2011 discovery scheduling order. After docketing that order, the Clerk docketed two motions drafted by plaintiff: (1) a motion to modify the scheduling order dated January 17, 2012, Dckt. No. 40, and (2) a motion to amend the complaint dated December 28, 2011, Dckt. No. 42. Those motions are denied as moot in light of the court's April 11, 2012 order.

     So ordered.

DATED: May 22, 2012.

                                       EDMUND F. BRENNAN
                                       UNITED STATES MAGISTRATE JUDGE