UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMAAL THOMAS,<br><br>        Plaintiff,<br><br>   v.<br><br>ANTIPOV, et al.,<br><br>        Defendants. | No. 2:11-cv-1138-MCE-EFB P<br><br><br>ORDER |

    Plaintiff is a prisoner proceeding in forma pauperis and without counsel in a civil rights action pursuant to 42 U.S.C. § 1983. On August 12, 2013, he moved to amend his complaint to include the "attached sheet," that he inadvertently omitted from the operative second amended complaint (ECF No. 45). The proposed amendment includes plaintiff's request for relief in this action. *See* ECF No. 83 at 10. Defendants do not oppose the amendment. ECF No. 84.

    Good cause appearing, plaintiff's motion to amend (ECF Nos. 82, 83) is granted. Defendants' answers to the second amended complaint are adequate and they are not required to file new answers.

Dated: September 10, 2013.

                                          EDMUND F. BRENNAN<br>                                          UNITED STATES MAGISTRATE JUDGE