**WILLIAMS & ASSOCIATES**
1250 Sutterville Road, Ste. 290
Sacramento, CA  95822
(916) 456-1122
(916) 737-1126 (fax)

Kathleen J. Williams, CSB #127021
Matthew Ross Wilson, CSB #236309

Attorneys for defendants
DOWNIE, PARK, ANTIPOV,
McGEE, MA, GRINDE and MACIEL

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMAAL THOMAS,<br><br>         Plaintiff,<br><br>v.<br><br>ANTIPOV, et al.<br><br>         Defendants. | CASE NO: 2:11-CV-01138-MCE-EFB<br><br>[~~PROPOSED~~] ORDER REGARDING DEFENDANTS' EX PARTE REQUEST FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTIONS |

The current deadline for the defendants Downie, Park, Antipov, McGee, Ma, Grinde, and Maciel to file dispositive motions is March 24, 2014. These defendants have filed an ex parte request for a fourteen (14) day extension of time to file any dispositive motions.  Having reviewed the moving papers, and good cause appearing, IT IS HEREBY ORDERED that the request is granted and these defendants are to file any dispositive motions on or before April 7, 2014.

IT IS SO ORDERED.

DATED:  March 24, 2014.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

[~~Proposed~~] Order Regarding Defs' Ex Parte Request for Extension to File Dispositive Motions         Page 1