UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMAAL THOMAS,<br><br>            Plaintiff,<br><br>       v.<br><br>ANTIPOV, et al.,<br><br>            Defendants. | No. 2:11-cv-1138-MCE-EFB P<br><br><br><br>ORDER |

   Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

   On February 12, 2015, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.

   The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

   1. The findings and recommendations filed February 12, 2015, are adopted in full;

/////

1

2. Defendants' motion for summary judgment (ECF No. 112) is granted as to defendants Grinde, Ma, Maciel, McGee, and Park, but granted in part and denied in part as to defendant Downie and denied as to defendant Antipov; and

3. Plaintiff's counter-motion for summary judgment (ECF No. 122) is denied as to all defendants.

Dated: March 19, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT