UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMAAL THOMAS, | No. 2:11-cv-1138-MCE-EFB P |
| Plaintiff, | |
| v. | ORDER |
| ANTIPOV, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On August 3, 2016, the court issued findings and recommendations on competing motions regarding the parties' settlement agreement. ECF No. 155. Plaintiff sought and was granted additional time to file objections to the findings and recommendations. ECF Nos. 158, 159. He now informs the court that he has been transferred and is without his legal documents, and asks the court to provide him with a copy of the findings and recommendations as well as anything issued by the court in September. ECF No. 160.

The court will construe plaintiff's filing as a request for an additional extension of time to file objections to the findings and recommendations. Good cause appearing, it is hereby ORDERED that:

1. Plaintiff's October 13, 2016 filing (ECF No. 160), construed as a motion for an extension of time, is GRANTED. Plaintiff shall file any objections to the Findings

1

and Recommendations on or before November 7, 2016. Plaintiff is not obligated to file objections.

2. The Clerk of Court is directed to mail a copy of the August 3, 2016 findings and recommendations (ECF No. 155) and the October 7, 2016 order (ECF No. 159) to plaintiff.

Dated: October 19, 2016.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE