UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMAAL THOMAS,<br><br>    Plaintiff,<br><br>    v.<br><br>ANTIPOV, et al.,<br><br>    Defendants. | No. 2:11-cv-01138-MCE-EFB P<br><br><br>ORDER |

    Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On August 3, 2016, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Despite multiple extensions of time granted to plaintiff, neither party has filed objections to the findings and recommendations.

    The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

    1. The findings and recommendations filed August 3, 2016, are adopted in full.

1

2. Plaintiff's motion for a second settlement conference (ECF No. 147) is denied without prejudice.

3. Plaintiff is granted 30 days in which to file a new motion for a second settlement conference with Judge Newman. Such a motion must describe the portions of the agreement plaintiff does not understand and indicate that plaintiff has discussed those portions with defense counsel prior to filing the motion.

4. Ruling on defendants' motion to enforce the settlement agreement (ECF No. 149) is deferred until the resolution of the new motion for a second settlement conference filed by plaintiff or the date on which the time for filing such a motion passes.

IT IS SO ORDERED.

Dated:  January 5, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE