1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JAMAAL THOMAS,                              No.  2:11-cv-1138-MCE-EFB P

12                  Plaintiff,

13          v.                                   ORDER

14   ANTIPOV, et al.,

15                  Defendants.

16

17          Plaintiff is a state prisoner proceeding without counsel in an action brought under 42

18   U.S.C. § 1983.  On May 20, 2015, United States Magistrate Judge Kendall J. Newman

19   presided over a settlement conference, which resulted in the parties' agreement to settle this case.

20   ECF No. 142.  The undersigned has recommended that plaintiff's motion for a new settlement

21   conference be denied and defendants' motion to enforce the settlement agreement be granted.

22   ECF No. 166.  Plaintiff failed to timely file objections to those recommendations but now seeks

23   additional time to do so.  ECF No. 167.  Defendants oppose the request.  ECF No. 168.

24          Plaintiff claims that he needs an extension of time to file objections because he was busy

25   with other cases and has limited library access.  *Id.*  However, the purpose of the objection period

26   is not for plaintiff to rewrite the original brief, but to point out the issues in the findings and

27   recommendations to which he objects.  Plaintiff does not describe what efforts he made to submit

28   timely objections to the court's six-page findings and recommendations.  Plaintiff had ample time

1

1  from the issuance of the findings and recommendations on February 24, 2017 to prepare and file

2  objections.  Accordingly, the motion for extension of time (ECF No. 167) is DENIED.

3  DATED:  March 28, 2017.

5  EDMUND F. BRENNAN
   UNITED STATES MAGISTRATE JUDGE